The People of the State of New York, Appellant, v. John G. Cavanagh, Respondent, Impleaded with William Engeman and Others, Defendants.— Order of the County Court of Kings county sustaining demurrer to indictment affirmed. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Arthur Steiglitz, Appellant.— Judgment and order of the County Court of Queens county reversed and new trial ordered, on account of the general course of the trial, the court being also of the opinion that a new trial should be granted on the ground of newly-discovered evidence. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Daniel Hammond, Relator, v. Richard Bennett and Others, as Board of Managers of Brooklyn Disciplinary Training School for Boys, Respondents.— Determination affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. William Hopkins, Respondent, v. Herman A. Metz, Comptroller of the City of New York, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. George E. Quimby, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Henry Rosenbrock, Appellant, v. Joseph John Geary and Others, Respondents. — Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Emilie B. Saumerig, Respondent, v. John N. Bissell, as Executor, etc., of Henry C. Wright, Deceased, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

George W. Schoonmaker, Respondent, v. Henry Fettel, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.